MARK WRAY, #4425
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
mwray@markwraylaw.com
Attorney for Plaintiff
AHUD CHAZIZA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AHUD CHAZIZA,<br><br>    Plaintiff,<br><br>vs.<br><br>STAMMERJOHN, et al.,<br><br>    Defendants.<br>_____/ | Case No. 3:17-cv-00247-MMD-WGC<br><br>**<u>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>** |

   Pursuant to Local Rule 6-1, Plaintiff Ahud Chaziza and Defendants Dwayne Deal, William Sandie, and Colette Stammerjohn, by their undersigned counsel, hereby stipulate and agree, subject to this Court's approval, and at the request of Mark Wray, counsel for Plaintiff, due to Mr. Wray's briefing schedule in another matter, to extend the time for Mr. Wray to file his opposition to the Defendants' motion for summary judgment, served April 3, 2019, from April 24, 2019 to April 26, 2019.

   This stipulation is made in good faith and is not sought for delay or any improper purpose.

   WHEREFORE, the parties hereby stipulate and respectfully request that this Court enter an Order extending the deadline as set forth above.

1

| | | |
|---|---|---|
| DATED: April 23, 2019 | | LAW OFFICES OF MARK WRAY |

By  /s/ *Mark Wray*
   MARK WRAY
Attorney for Plaintiff
AHUD CHAZIZA

DATED: April 23, 2019      NEVADA ATTORNEY GENERAL

By  /s/ *Ian Carr*
   IAN CARR, #13840
100 N. Carson Street
Carson City, NV 89701
(775) 684-1275
icarr@ag.nv.gov
Attorneys for Defendants

**ORDER**

The parties having stipulated,

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: April 24, 2019.